In re LYTTLE. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of the application of Herbert C. Lyttle for payment of an award in the matter of Blackwell's Island Bridge. No opinion. Motion to confirm report granted, without costs. See, also, 157 App. Div. 933, 142 N. Y. Supp. 1128.

In re McCAFFERTY. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of the application of Charles J. McCafferty, an attorney, for permission to resume practice. No opinion. Motion granted, and respondent permitted to resume the practice of the law. See, also, 156 App. Div. 912, 141 N. Y. Supp. 1130.

MACALLISTER v. ARENA CONST. CO. et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by May B. Macallister against the Arena Construction Company and others. T. H. Lord, of New York City, for appellants. R. G. Barclay, of Brooklyn, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $6,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

McCREEDY, Respondent, v. CHAMBERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Thomas A. McCreedy against Anna M. Chambers and others. No opinion. Order reversed, and new trial granted, with costs to appellants to abide event. Held, that the reception of the evidence of the witnesses Sarah McCreedy and Myrtie McCreedy, embracing conversations with Margaret McCreedy in her lifetime, constitute error, requiring a reversal.

In re McCULLOUGH. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the application of Charles E. McCullough to revoke and cancel the liquor tax certificate issued to Martin Duryea, etc. No opinion. Order affirmed, with costs.

McCURDY v. SWANICK. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Samuel McCurdy against James F. Swanick. No opinion. Motion denied, without costs. Order filed.

In re McDERMOTT. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) In the matter of the charges against Frank McDermott. No opinion. Determination unanimously confirmed, with costs.

McELROY, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Robert L. McElroy against Albert Goldstein. I. Siegeltuch, of New York City, for appellant. M. Conboy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 143 N. Y. Supp. 1129.

In re McGEE'S ESTATE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of the transfer tax upon the estate of Catherine McGee, deceased. No opinion. Decree affirmed, with costs. Order filed.

MACK, Appellant, v. WANAMAKER, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Margaret Mack against John Wanamaker. No opinion. Motion to resettle order denied. See, also, 154 App. Div. 944, 139 N. Y. Supp. 391.

In re McLAUGHLIN. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the petition of John C. McLaughlin for an inspection of the books, etc., of the Glenside Woolen Mills. No opinion. Motion for leave to appeal to Court of Appeals (from 143 N. Y. Supp. 1129) denied, with $10 costs.

McLEAN v. GARDNER. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Thomas O. McLean against Henrietta Gardner. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 144 N. Y. Supp. 1127.

McLEAN v. GARDNER. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Thomas O. McLean against Ernestina Gardner. No opinion. Time extended until January 6, 1914. Settle order on notice. See, also, 144 N. Y. Supp. 1127.

McLOUGHLIN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by May McLoughlin, by Margaret Mitchell, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, because of error appearing at folio 113 of the record on appeal. See, also, 147 App. Div. 932, 132 N. Y. Supp. 568.

McNAMARA, Respondent, v. KRANICH & BACH, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Bessie McNamara against Kranich & Bach.

PER CURIAM. Without considering whether the action in replevin is a defense to the